### COURT OF APPEALS FOR THE
### FIRST DISTRICT OF TEXAS AT HOUSTON



### ORDER OF ABATEMENT

Appellate case name: In re Billy Richards a/k/a Billy Holmes

Appellate case number: 01-21-00058-CV

Trial court case number: 2020-43560

Trial court: 334th District Court of Harris County

Relator, Billy Richards a/k/a Billy Holmes, proceeding pro se, has filed a petition for writ of mandamus in this Court, asserting that the respondent, identified as the Honorable Steven Kirkland, has "fail[ed] and refus[ed] . . . to perform his ministerial duty to render a decision" on several documents filed by relator in the trial court, including a petition for writ of mandamus, a motion for leave to proceed without prepayment of fees and costs, and a "Motion for Ruling and Disposition on Petition for Writ of Mandamus."

Judge Kirkland has ceased to hold the office of judge of the 334th District Court of Harris County, Texas. Pursuant to Texas Rule of Appellate Procedure 7.2, the Honorable Dawn Rogers is substituted for the Honorable Steven Kirkland as the respondent in this original proceeding. *See* TEX. R. APP. P. 7.2(a). Further, this original proceeding for petition of writ of mandamus is abated and remanded to the trial court to allow Judge Rogers to consider the pleadings made the basis of relator's petition. *See* TEX. R. APP. P. 7.2(b) ("If the case is an original proceeding under Rule 52, the court must abate the proceeding to allow the successor to reconsider the original party's decision.").

Within thirty days of the date of this order, the parties are directed to notify the Clerk of this Court of any action taken in consideration of the pleadings made the basis of relator's petition and file any orders regarding those rulings in a mandamus record. The Court will then consider a motion to reinstate or motion to dismiss this proceeding, as appropriate.

This original proceeding is **abated**, treated as a closed case, and removed from this Court's active docket.

It is so ORDERED.

Judge's signature: _____/s/ Amparo Guerra_____

☑ Acting individually     ☐ Acting for the Court

Date:  __February 9, 2021___